02-11-206-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00206-CV

 


 
 
 Janee, Inc. and James Franks
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 DLR Restaurant Group, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Motion For Dismissal.”  It
is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
September 29, 2011









[1]See Tex. R. App. P. 47.4.